# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**SHANICE SMITH,**

V.

**CITY OF HARTFORD, ET AL.,**

### SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:26−CV−00855−OAW**

TO: **City of Hartford, Cecelia Drayton**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Patrick Brendan Jennings**
**The Ment Law Group**
**225 Asylum Street, Ste 15th Floor**
**Hartford, CT 06103**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − S F Imbriani**
───────────────────────────────
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026−06−12 07:48:52**, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Hartford & Cecelia Drayton was received by me on *(date)* June 12, 2026 .

☑ I personally served the summons on the individual at *(place)* Cecelia Drayton Hartford City Hall
_____ on *(date)* June 16, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Hartford City Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* City
of Hartford _____ on *(date)* June 16, 2026 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $25.00 for travel and $253.00 for services, for a total of $278.00 0.00

I declare under penalty of perjury that this information is true.

Date: June 22, 2026

_____
Servers signature

CT State Marshal-Hartford County Alan F. Zaniewski, Jr.
Printed name and title

54 Julie Road, Plainville Connecticut 06062
Servers address

Additional information regarding attempted service, etc: